**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Coleman v. Dart et al.          Case Number: 22-cv-04064

An appearance is hereby filed by the undersigned as attorney for:

Greg Coleman

Attorney name (type or print): Lauren S. Spungen

Firm: Jenner & Block LLP

Street address: 353 N. Clark St

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6342837          Telephone Number: 3128407449
(See item 3 in instructions)

Email Address: lspungen@jenner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  1/8/2024

Attorney signature:  S/ Lauren S. Spungen
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023